IN THE UNITED STATES DISTRICT COURT
FOR THE FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| FAITH MUOKA § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. |
| VS. § | 4:21-CV-138-SDJ |
| § | |
| OXFORD GRAND MCKINNEY, LLC § | |
| AND OXFORD SENIOR LIVING § | |
| § | |
| Defendant. § | |

## JOINT NOTICE OF SETTLEMENT

NOW COME Plaintiff Faith Muoka and Defendant Oxford Grand McKinney, LLC d/b/a Oxford Senior Living (collectively "Parties"), and file this Notice of Settlement, stating as follows:

1. The Parties have reached agreement to resolve the claims and disputes in this lawsuit.

2. The Parties are in the process of finalizing a settlement agreement and need approximately thirty (30) days to complete the process. Thereafter dismissal papers will be filed.

3. Based on the foregoing, the Parties respectfully request that the Court suspend all further proceedings.

Respectfully Submitted,

/s/ *Allyn Jaqua Lowell*
ALLYN JAQUA LOWELL
State Bar No. 24064143
MEADERS & ALFARO
2001 Bryan Street, Suite 3625
Dallas, TX 75201-3068
Telephone: (214) 721-6210
Facsimile: (214) 721-6289
Email:     allyn.lowell@meaderslaw.com

ATTORNEY FOR DEFENDANT

**AND**

Respectfully Submitted,

/s/   *Vincent J. Bhatti*
VINCENT J. BHATTI
State Bar No. 24055169
THE BHATTI LAW FIRM, PLLC
5700 Tennyson Parkway, Suite 300
Plano, TX  75024
Telephone: (214) 253-2533
Facsimile: (214) 279-0033
Email:   vincent.bhatti@bhattilawfirm.com

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of February, 2022, I electronically filed the foregoing document via CM/ECF system which will send notification of to all counsel of record.

*/s/ Allyn Jaqua Lowell*
Allyn Jaqua Lowell