# IN THE UNITED STATES DISTRICT COURT
# FOR THE FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **FAITH MUOKA** | § | |
| | § | |
| Plaintiff, | § | |
| | § | **CIVIL ACTION NO.** |
| VS. | § | **4:21-CV-138-SDJ** |
| | § | |
| **OXFORD GRAND MCKINNEY, LLC** | § | |
| **AND OXFORD SENIOR LIVING** | § | |
| | § | |
| Defendant. | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff, Faith Muoka, and Defendant, Oxford Grand McKinney, LLC and Oxford Senior Living, announce to the Court that they wish voluntarily to dismiss this action in its entirety with prejudice as to the refiling of the same, with each party bearing its own costs, and request that the Court enter the Agreed Order of Dismissal with Prejudice submitted herewith.

Respectfully submitted,

| | |
|---|---|
| /s/Vincent J. Bhatti | /s/ Allyn Jaqua Lowell |
| Vincent J. Bhatti | Allyn Jaqua Lowell, Esq. |
| Texas Bar No. 24055169 | Texas Bar No. 24064143 |
| Vincent.bhatti@bhattilawfirm.com | allyn.lowell@meaderslaw.com |
| Ditty S. Bhatti | Meaders & Alfaro |
| Texas Bar No. 24062803 | 2001 Bryan St., Suite 3625 |
| Ditty.bhatti@bhattilawfirm.com | Dallas, TX 75201-3068 |
| THE BHATTI LAW FIRM, P.C. | PH: (214) 721-6210 |
| 5700 Tennyson Parkway, Suite 300 | FX: (214) 721-6289 |
| Plano, TX 75024 | **ATTORNEYS FOR DEFENDANTS** |
| PH: (214) 253-2533 | |
| FX: (214) 279-0033 | |
| **ATTORNEYS FOR PLAINTIFF** | |

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Northern District of Texas, on March 25, 2022, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means as follows:

>Allyn Jaqua Lowell, Esq.
>Texas Bar No. 24064143
>allyn.lowell@meaderslaw.com
>Meaders & Alfaro
>2001 Bryan St., Suite 3625
>Dallas, TX 75201-3068
>PH: (214) 721-6210
>FX: (214) 721-6289
>**ATTORNEYS FOR DEFENDANTS**

Vincent J. Bhatti